# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **ALAN DEAN** | **CIVIL ACTION NO. 10-385** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **BAKER HUGHES, INC., ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

# ORDER

The Court having been advised by counsel that "EnCana and Baker Hughes, Inc., Baker Hughes Oilfield Operations, Inc. and Gary Martin have reached a settlement of EnCana's cross-claim and expect to execute formal settlement documents in the near future," "Baker Hughes, Inc., Baker Hughes Oilfield Operations, Inc. and Gary Martin have agreed to dismiss their third party demand against Paragon Transportation Services, LLC without prejudice and Paragon consents to this without prejudice dismissal," and "Paragon Transportation Services, LLC and National American Insurance Company have agreed to allow Paragon Transportation Services, LLC to dismiss its third party demand against National American Insurance Company without prejudice [Doc. No. 56],"

IT IS HEREBY ORDERED that the Clerk of Court administratively terminate this action, without prejudice to the right of the parties to re-open the proceedings. All pending motions are denied as moot.

IT IS FURTHER ORDERED that, within sixty (60) days of the date this Order is entered, the parties submit to the Court a Joint Stipulation of Dismissal signed by all parties who have

appeared in this action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

MONROE, LOUISIANA, this 18th day of February, 2011.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE